1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   Z. KATHRYN BRANSON, ESQ., Bar # 11540
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email: rgrandgenett@littler.com
   Email: kbranson@littler.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER GOETZ,<br><br>                Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a foreign corporation; AND DOES 1-50, inclusive,<br><br>                Defendant. | Case No. 2:18-cv-01657-JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPORT OF ITS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, CHRISTOPHER GOETZ and Defendant TARGET CORPORATION, by and through their respective attorneys of record, hereby stipulate and agree that Defendant has one (1) additional week to file its reply in support of its Motion to Dismiss (ECF No. 7), which Motion was filed on October 23, 2018.  Plaintiff filed his Opposition on November 6, 2018 (ECF No. 9).  The parties make this request due to Defendant's counsel's out-of-office schedule over the next week, which will preclude the timely filing of the reply.

      If the requested extension is granted, Defendant will file its reply on Tuesday, November 20, 2018.

/ / /

/ / /

This is the first request for an extension of time to file the reply made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: November 9, 2018

Respectfully submitted,

*/s/ Theresa M. Santos, Esq.*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
CHRISTOPHER GOETZ

Dated: November 9, 2018

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
TARGET CORPORATION

**IT IS SO ORDERED.**

Dated November 14, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:160009911.1 052067.1589

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800