ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER GOETZ,<br><br>             Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a foreign corporation; AND DOES 1-50, inclusive,<br><br>             Defendant. | Case No. 2:18-cv-01657-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Defendant TARGET CORPORATION ("Defendant") and Plaintiff CHRISTOPHER GOETZ ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.  The parties agree that neither party is a prevailing party in this action and that

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

neither party will seek any attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

Dated: January 29, 2019

Respectfully submitted,

*/s/ Daniel R. Watkins, Esq.*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
CHRISTOPHER GOETZ

Dated: January 29, 2019

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
TARGET CORPORATION

**IT IS SO ORDERED.**

Dated February 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

FIRMWIDE:161045874.1 052067.1589

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800